49627

BTXN 127 (rev. 6/00)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO

In Re: Andrea Lee Turner

Debtor(s)

Case No.: 2:98-bk-50629

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the undersigned, to make application for an order directing payment of unclaimed funds now on deposit in the Treasury of the United States. Claimant is __XX__ creditor ____ debtor (check one) in the above captioned bankruptcy case and on whose behalf these funds were deposited.

---

Name of Claimant _____ Cynthia A. Long _____
Name of Business Entity Norwest Financial, nka Wells Fargo Financial, Inc.
Title of Officer/Representative (if claimant is a business entity) Power of Attorney
Mailing Address __ UCP Recoveries, P.O. Box 3908, MAC P6103-05A __
City __ Portland __ State __ OR __ Zip __ 97208 __
Telephone Number: Home ( ) _____ Work (503) 721-5732
SS# _____ Tax ID # (for all business entities) __ 42-1186565 __
Amount Being Claimed __ $25.69 __

---

I, __ Cynthia A. Long __, do hereby state under penalty of perjury that I am legally entitled to claim these funds for whom the unclaimed funds were deposited into the treasury in the above referenced bankruptcy case. I certify to the best of my knowledge that all information submitted in support of this claim is true and correct.

Date 5-28-10

Power of Attorney

Subscribed and Sworn to Before Me this 28 day of May 20 10.

Notary Public
In and for the State of __ Oregon __

My commission expires 12-03-2012

OFFICIAL SEAL
JUANA M ROSOLINO
NOTARY PUBLIC - OREGON
COMMISSION NO. 434809
MY COMMISSION EXPIRES DECEMBER 03, 2012

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE

Andrea Lee Turner

CASE NO. 2:98-bk-50629

DEBTOR(S)

CERTIFICATE OF SERVICE

I/we hereby certify that I/we have mailed a copy of this application and order to the United States Attorney for the Southern District of Ohio at 303 Marconi Boulevard, Suite 200, Columbus OH, 43215 on the _____28_____ day of _May_____ ___, 2010.

Submitted by: _____
Power of Attorney

Name of Firm: Wells Fargo Financial, Inc.

Address: UCP Recoveries, P.O. Box 3908, MAC P6103-05A
Portland, OR 97208

Telephone Number: (503) 721-5732

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
2004 APR 29  AM 9: 45

U.S. BANKRUPTCY COURT, CLERK
COLUMBUS, OHIO

In Re:                                                Case No. 98-50629

ANDREA LEE TURNER                                     Judge: Donald E. Calhoun Jr.
                                                      Chapter 13

Debtor(s):

NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS
-------------------------------------------

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to 11 USC Section 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated: Apr 26, 2004

Frank M. Pees
Chapter 13 Trustee

| Name & Address | Amount |
| --- | --- |
| NORWEST FINANCIAL<br>6190 SHAMROCK CT STE C<br>DUBLIN OH<br>43016 | 25.69 |

| Creditor:    (4301249)<br>NORWEST FINANCIAL<br>PO Box 730<br>Dublin OH 43017 | **Claim No: 1**<br>Original Filed<br>Date: 02/06/1998<br>Original Entered<br>Date: 02/06/1998 | Status:<br>Filed by: CR<br>Entered by:<br>Modified: 02/09/1998 |
|---|---|---|

Unsecured claimed:    $0.00
Secured    claimed:    $0.00
Priority    claimed:    $0.00
Unknown claimed: $331.59

Admin allowed: $0.00

**Total**    **claimed: $331.59**    **allowed: $0.00**

History:
Details    1-1  02/06/1998  Claim #1 filed by NORWEST FINANCIAL, total amount claimed: $331.59

Description:

Remarks: (1-1) Converted from BANCAP.

ARTICLES OF AMENDMENT

OF     २९७४४

NORWEST FINANCIAL, INC.

To the Secretary of State
of the State of Iowa

      Pursuant to the provisions of the Iowa Business Corporation Act, the corporation hereinafter named (the "corporation") does hereby submit the following Articles of Amendment.

    1. The name of the corporation is Norwest Financial, Inc.

    2. Article I of the Articles of Incorporation of the corporation is hereby amended so as to read as follows:

    "The name of the corporation is Wells Fargo Financial, Inc."

    3. The date of adoption of the aforesaid amendment was January 28, 2000.

    4. The designation, the number of outstanding shares, the number of shares entitled to be cast by the voting group entitled to vote on the said amendment, and the number of votes of the voting group indisputably represented at the meeting at which the said amendment was approved are as follows:

    (a)    Designation of voting group: Common

    (b)    Number of outstanding shares of voting group: 1000

    (c)    Number of shares of voting group entitled to vote on the amendment: 1000

    (d)    Number of shares of voting group indisputably represented at the meeting: 1000

    5. The total number of undisputed votes cast for the said amendment by the voting group entitled to vote on the said amendment is as follows:

    (a)    Designation of voting group: Common

    (b)    Number of undisputed votes of voting group cast for the amendment: 1000

    6. The said number of votes cast for the said amendment was sufficient for the approval thereof by the said voting group.

7. The effective time and date of these Articles of Amendment shall be 5:00 p.m. on June 30, 2000.

Executed on May 5, 2000.

_____
Patricia J. McFarland, Senior Vice President,
General Counsel & Secretary

FILED
IOWA
SECRETARY OF STATE

5-11-2000
9:55AM
W240061



**WELLS FARGO**

Unclaimed Property Department
P.O. Box 3908
Portland, OR 97208-3908
(503) 721-5389

I, Cynthia A. Long, do hereby affirm that I am either employed by or am an officer or agent of Wells Fargo Financial, Inc. and I am duly authorized to claim such funds as may be held by you.

I further affirm the following:

☒ that to the best of my knowledge the funds on the attached claim(s) are due and owing the entity now known as Wells Fargo Financial, Inc. and, in the event of a superior claim being received, Wells Fargo Financial, Inc. will hold harmless the payer of such claim and return such funds as received pursuant to the claim(s) attached herewith.

☒ that the original document(s) and/or check(s) are missing and not in our possession and this affidavit will serve as a suitable substitute.

☒ that it may not be possible to provide documentation to verify the reported address due to numerous mergers and acquisitions, the passage of record retention periods and/or errors made in the original, or subsequent, updates to the address. This affidavit should serve as a suitable substitute for verification of address.

☒ that Wells Fargo does not issue photo identification and that submitting my driver's license for a company request may result in personal information being entered into the public record which would be a violation of my personal privacy.

☒ that I am represented in the image below and this affidavit will serve as a suitable substitute for personal identification.

_____
Cynthia A. Long
Power of Attorney

State of Oregon
County of Multnomah

SUBSCRIBED AND SWORN to before me this ___ day of May, 2010.

_____   (SEAL)
Notary Public
Commission Expires 12-03-2012

OFFICIAL SEAL
JUANA M ROGOLINO
NOTARY PUBLIC - OREGON
COMMISSION NO. 434809
MY COMMISSION EXPIRES DECEMBER 03 2012



Wage and Investment Division

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
201 West Rivercenter Blvd.
Stop 537G, Team 401
Covington, Ky 41011

June 23, 2008

Wells Fargo Financial Inc
625 Marquette Ave S
Minneapolis MN  55479

EIN: 42-1186565

We received your request today asking us to verify your Employer Identification Number (EIN).

Your EIN is 42-1186565. Please keep this number in your permanent records. You should enter your name and your EIN, exactly as shown above, on all business federal tax forms that require its use, and on any related correspondence or documents.

If you have any questions, please call Joyce Vanover at 859-669-4989 between the hours of 6:00 a.m. and 4:00 p.m., Eastern Daylight Savings Time.

Sincerely,

*Joyce Vanover*
Joyce Vanover
Tax Examining Technician

## LIMITED POWER OF ATTORNEY

Wells Fargo Financial, Inc., a corporation organized and existing pursuant to the laws of the State of Iowa (the "Corporation"), does hereby constitute and appoint Barbara E. Briody and Cynthia A. Long, each to act individually as the true and lawful attorney-in-fact for the Corporation or any of its subsidiaries with the right for and in the name, place and stead of the Corporation to create, prepare, complete, endorse, file and execute all agreements, instruments, and other documents, and all modifications and amendments thereto, and to perform any and all other acts as they may in their discretion deem necessary or advisable in connection with the filing of claims on behalf of the Corporation with state unclaimed property administrators, federal bankruptcy courts and/or other appropriate governmental agencies for the purpose of recovering property belonging to the Corporation, any predecessor of the Corporation or any of its subsidiaries.

This Limited Power of Attorney is non-exclusive and revocable at any time by the Corporation and shall expire one (1) year from the date hereof if not so revoked by the Corporation at an earlier date.

**IN WITNESS WHEREOF**, Wells Fargo Financial, Inc., has caused this Limited Power of Attorney to be executed as of the 11th day of March, 2010.

WELLS FARGO FINANCIAL, INC.

By: _____
Dean R. Anderson
Its: Vice President

## ACKNOWLEDGMENT

STATE OF IOWA      )
                   ) SS.
COUNTY OF POLK     )

The foregoing instrument was acknowledged before me this 11th day of March, 2010, by Dean R. Anderson, Vice President of Wells Fargo Financial, Inc., a corporation organized and existing under the laws of the State of Iowa, on behalf of said Corporation.



DENISE R. LOVELADY
Commission Number 708256
My Commission Expires
February 12, 2013

_____
Notary Public

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
<u>**EASTERN**</u> **DIVISION**

| | | |
|---|---|---|
| **In Re:** | § | Case No. <u>2:98-BK-50629</u> |
| Andrea Lee Turner | § | |
| | § | **Chapter 13** |
| | § | |
| **Debtor Name(s)** | § | Judge C. Kathryn Preston |

**ORDER AUTHORIZING PAYMENT**
**OF A DIVIDEND FROM UNCLAIMED FUNDS**

In the Southern District of Ohio, Eastern Division, came on to be considered the Application for Payment of a Dividend from Unclaimed Funds by:

Name: <u>Wells Fargo Financial, Inc.</u>

Mailing Address: <u>P.O. Box 3908, Mac P6103-05A, Portland, OR 97208</u>

Claimant, for payment of a dividend from unclaimed funds in the amount of $ <u>25.69</u>. It appearing to the Court that the said claimant is entitled to receive payment of the dividend in the amount stated above, and

> that said funds are now on deposit in the United States Treasury, and
> that notice of the Application was given to the United States Attorney.

It is **ORDERED** that the Clerk of Court direct issuance of a draft upon the United States Treasury in the amount stated above, payable to this claimant.

###